# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELLE R. CRANE,  )<br>  )<br>    Plaintiff,  )<br>  )<br>-vs-  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>COMMISSIONER, SOCIAL  )<br>SECURITY ADMINISTRATION,  )<br>  )<br>    Defendant.  ) | Case No. CIV-12-286-F |

## ORDER

United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation on November 28, 2012, wherein he recommended that the Commissioner's decision to deny plaintiff, Michelle R. Crane's applications for disability insurance benefits and supplemental security income benefits be affirmed.

Presently before the court is the timely objection of plaintiff to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Bacharach. The court finds plaintiff's arguments in support of her objection to be without merit. Therefore, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach issued on November 28, 2012 (doc. no. 17) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff,

Michelle R. Crane's applications for disability insurance benefits and supplemental security income benefits is **AFFIRMED**.  Judgment shall issue forthwith.

DATED December 12, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0286p002.wpd